UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE

ERICK MATTHEWS MCKINZIE-BEY,     Case No. 19-mc-50833
                                                                 Honorable Linda V. Parker

                 Plaintiff.
_____/

## ORDER DISMISSING CASE

Beginning June 3, 2019, Erick Matthews McKinzie-Bey began filing documents in the Eastern District of Michigan. The Clerk of the Court therefore opened this miscellaneous case. McKinzie-Bey has continued to file documents, which include a legal notice, several affidavits "of travel", several declarations, decrees, a public notice, and a "Trust Business Contract." The Court is dismissing the matter for lack of subject matter jurisdiction.

The Court is unable to discern a plausible federal cause of action from any of McKinzie-Bey's filings. *See Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 89 (1998) (providing that dismissal of a federal claim for lack of subject-matter jurisdiction is proper where the claim is "so insubstantial, implausible, foreclosed by prior decisions of this Court, or otherwise completely devoid of merit as not to involve a federal controversy"). And because the Court cannot tell who should be a defendant in this case or the defendant's citizenship, McKinzie-Bey also has not invoked diversity jurisdiction under 28 U.S.C. § 1332.

If McKinzie-Bey believes he has a viable claim, he should set out that claim in short and plain language.  *See* Fed. R. Civ. P. 8 ("A pleading that states a claim for relief must contain . . . *a short and plain statement of the claim* showing that the pleader is entitled to relief.") (emphasis added).  There is a "Complaint for a Civil Case" form available on the District's website at [http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe](http://www.mied.uscourts.gov/index.cfm?pageFunction=proSe).  The website offers an entire section devoted to "Representing Yourself," including a "How to File a Lawsuit Hanbook."  *See id.*

Accordingly,

**IT IS ORDERED** that this action is **DISMISSED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: September 30, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 30, 2021, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan  
Case Manager